UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>MICHAEL HOWARD<br><br>　　　　　Defendant. | CASE NUMBER: 1:16CR38-001<br>USM Number: 16388-027<br><br>ALBERT ANZINI<br>DEFENDANT'S ATTORNEY |

## JUDGMENT IN A CRIMINAL CASE

**THE DEFENDANT** pleaded guilty to Count 2 of the Indictment on 1/4/2018.

**ACCORDINGLY,** the Court has adjudicated that the Defendant is guilty of the following offense:

| Title, Section & Nature of Offense | Date Offense Ended | Count Number |
|---|---|---|
| 21:841(a)(1): Possession with Intent to Distribute Methamphetamine | May 26, 2016 | 2 |

The Defendant is sentenced as provided in pages 2 through 4 of this Judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

Count 1 of the Indictment is dismissed on the motion of the United States.

May 4, 2018
Date of Imposition of Judgment

s/ Theresa L. Springmann
Signature of Judge

Theresa L. Springmann, United States District Judge
Name and Title of Judge

May 4, 2018
Date

## IMPRISONMENT

The Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **ONE HUNDRED AND EIGHT (108) MONTHS.**

The Court makes the following recommendations to the Bureau of Prisons:

    That the Defendant participate in the Residential Drug Treatment Program (RDAP) or any similar drug treatment program available.

    That the Defendant be incarcerated in a federal facility in Milan, Michigan to facilitate visitation with family and friends.

The Defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this Judgment as follows:

    Defendant delivered _____ to _____ at _____, with a certified copy of this Judgment.

_____
UNITED STATES MARSHAL

By: _____
DEPUTY UNITED STATES MARSHAL

## SUPERVISED RELEASE

Upon release from imprisonment, the Defendant shall be on supervised release for a term of **ONE (1) YEAR.**

## CONDITIONS OF SUPERVISED RELEASE

**While the Defendant is on supervised release pursuant to this Judgment, the Defendant shall comply with the following conditions as required by 18 U.S.C. § 3583(d):**

1. The Defendant shall not commit another Federal, State, or local crime, during the period of supervision.
2. The Defendant shall not unlawfully possess a controlled substance.
3. The Defendant shall refrain from any unlawful use of a controlled substance.
4. The Defendant shall submit to a drug test within fifteen (15) days of release on supervision.
5. The Defendant shall submit to at least two (2) periodic tests thereafter for use of a controlled substance.
6. The Defendant shall cooperate in the collection of a DNA sample from the Defendant, if the collection of such a sample is authorized pursuant to Section 3 of the DNA Analysis Backlog Elimination Act of 2002 and 42 U.S.C. § 14135a.

**The Defendant shall comply with the following discretionary conditions as provided by 18 U.S.C. §§ 3563(b)(1)-(23) and 3583(d):**

7. The Defendant shall not knowingly leave the jurisdiction of the Northern District of Indiana, unless granted permission to leave by the Court or a probation officer. A map of the jurisdiction of the Northern District of Indiana and its 32 counties can be found at the website for United States Probation and Pretrial Services (http://www.innp.uscourts.gov/offices/offices.html). (18 U.S.C. § 3563(b)(14)).
8. The Defendant shall report to the probation officer as reasonably directed by the Court or the probation officer. (18 U.S.C. § 3563(b)(15)).
9. The Defendant shall answer inquiries by a probation officer pertaining to his supervision and notify the probation officer within seventy two (72) hours of any change in his place of residence or change of employer. This condition does not prevent the Defendant from invoking his Fifth Amendment privilege against self-incrimination. (18 U.S.C. § 3563(b)(17)).
10. The Defendant shall notify the probation officer within seventy two (72) hours of being arrested or questioned by a law enforcement officer. (18 U.S.C. § 3563(b)(18)).
11. The Defendant shall permit a probation officer to visit him at his home between the hours of 8:00 AM to 8:00 PM. A probation officer can make an oral or written request to the Court to allow for a reasonable alternative time period or place for the visit. (18 U.S.C. § 3563(b)(16)).
12. The Defendant shall make reasonable effort to maintain employment at a lawful occupation, unless excused by the probation officer for acceptable reasons (e.g., schooling, training, child care, elder care, disability, age, or serious health condition) or shall pursue a course of study or vocational training that will equip the Defendant for employment at a lawful occupation. (18 U.S.C. § 3563(b)(4)).

13. The Defendant shall not meet, communicate, or otherwise interact with a person he knows to be engaged, or is planning to be engaged, in criminal activity. (18 U.S.C. § 3563(b)(6)).
14. The Defendant shall not knowingly possess a firearm, destructive device, or any other dangerous weapon. (18 U.S.C. § 3563(b)(8)).

**The Defendant shall comply with the following discretionary conditions as provided by U.S.S.G. § 5D1.3:**

15. The Defendant shall participate in a program approved by the United States Probation Office for substance abuse, if necessary after evaluation at the time of release. U.S.S.G. § 5D1.3(d)(4).
16. Within the first year of supervision, the Defendant shall participate in a High School Equivalency (HSE) Preparation Course, if not obtained while in the Bureau of Prisons. U.S.S.G. § 5D1.3(b).
17. The Defendant shall pay all or part of the costs for participation in the ordered programs not to exceed the sliding fee scale as established by the Department of Health and Human Services and adopted by this Court, as the U.S. Probation Office determines that the Defendant is financially capable of paying. Failure to pay due to financial inability to pay shall not be grounds for revocation. 18 U.S.C. § 3672.

## CRIMINAL MONETARY PENALTIES

The Court finds that the Defendant does not have the ability to pay a fine.

The Court **ORDERS** the Defendant to pay the special assessment of $ 100 to the U.S. District Court Clerk's Office, 1108 E. Ross Adair Courthouse, 1300 South Harrison Street, Fort Wayne, IN 46802, which shall be due immediately.

| Total Assessment | Total Fine | Total Restitution |
|---|---|---|
| $100 | NONE | NONE |

The Defendant shall receive credit for all payments previously made toward any criminal monetary payments imposed.